# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GLEN A. SHORT, | ) | CASE NO.: 1:05CV02515 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ROB JEFFRIES, Warden, | ) | **ORDER AND JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

    The Court has examined the Report and Recommended Decision of Magistrate Judge Perelman, submitted in this matter on August 14, 2006. Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and Recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that the decision of the Magistrate is AFFIRMED.

    The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision would not be frivolous and could be taken in good faith. The Court therefore issues a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

    So ordered.

                                                                  *s/ John R. Adams*
                                                                JUDGE JOHN R. ADAMS
                                                                UNITED STATES DISTRICT JUDGE